**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

05 - CV - 01 8 95 -OES

SEP 3 0 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.)**

ROGER SCOTT BLACKBURN,

     Plaintiff,

v.

THE U.S. GOVERNMENT,
THE PRESIDENT OF THE UNITED STATES,
THE CENTRAL INTEL. [sic] AGENCY, and
THE PENTAGON,

     Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND**
**DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

     Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. The court has determined that

the documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing

2

(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or
           habeas application
(8)   __   An original and a copy have not been received by the court.
           Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  __   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court.  Only an
           original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
           received by the court.
(17)  __   names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __30__ day of __September__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 05 - CV - 01895 - OES

Roger Scott Blackburn
103 E. Oak – A-Pod-A4
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____9.30.05____

GREGORY C. LANGHAM, CLERK

By:_____
                       Deputy Clerk